DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HENRI C. MARCELLUS,**
Appellant,

v.

**THE BANK OF NEW YORK MELLON,**
Appellee.

No. 4D2023-0424

[May 2, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia-Wood, Judge; L.T. Case No. CACE19-003832.

Henri C. Marcellus, Coral Springs, pro se.

Shawn Taylor of DeLuca Law Group, PLLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***